1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES *ex rel*. ROBERT P. YAGAR, and on behalf of the *Qui Tam* States, | Case No. 8:23-cv-01269-JVS-KESx |
| Plaintiffs, | ORDER |
| v. | |
| WALGREEN CO., | [FILED CONCURRENTLY WITH NOTICE OF STATES' ELECTION TO DECLINE INTERVENTION] |
| Defendant. | |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The States of California, Connecticut, Colorado, Delaware, the District of

Columbia, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland,

Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico,

New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont,

Virginia, and Washington (collectively, the "Plaintiff States") have declined to

intervene in this action pursuant to their respective False Claims Acts or analogous

State statutes. With respect to the pending *qui tam* claims, the Court rules as follows:

-1-

**IT IS ORDERED** that:

1. In accordance with the terms of the Maryland False Health Claims Act, Md. Code Ann., Health Gen, § 2-604 (a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice.

**IT IS FURTHER ORDERED** that:

2. The remaining Plaintiff States may intervene in this action, for good cause, at any time;

3. The parties shall serve all pleadings, including notices of appeal, court orders, motions or other documents filed in this action, upon the Plaintiff States;

4. The Plaintiff States may order deposition transcripts and shall receive, from the relator, copies of all orders of this Court; and

5. Should the relator or the defendant propose that any claim(s) be dismissed, settled, or otherwise discontinued, the moving party(ies) shall solicit the written consent of the Plaintiff States before applying for Court approval.

**IT IS SO ORDERED.**

Dated:  May 22, 2025

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

-2-

[PROPOSED] ORDER

(Case No. 8:23-cv-01269-JVS-KESx)